# EXHIBIT B

| CIVIL ACTION COVER SHEET | TRIAL COURT OF MASSACHUSETTS SUPERIOR COURT DEPARTMENT COUNTY OF MIDDLESEX | DOCKET NO. 13-3630 |
|---|---|---|
| PLAINTIFF(S) RACHELLE BAKER and JASON DITTMANN, Individually and o/b/o all others similarly situated | DEFENDANT(S) EQUITY RESIDENTIAL MANAGEMENT, LLC and EQR-WALDEN PARK, LLC | |

Type Plaintiff's Attorney name, Address, City/State/Zip Phone Number and BBO# | Type Defendant's Attorney Name, Address, City/State/Zip Phone Number (If Known)

Joshua N. Garick, Esq. (BBO #674603)
Law Offices of Joshua N. Garick, P.C.
100 TradeCenter, Suite G-700
Woburn, Massachusetts 01801
(617) 600-7520

**TYPE OF ACTION AND TRACK DESIGNATION** (See reverse side)

CODE NO.   TYPE OF ACTION (specify)   TRACK   IS THIS A JURY CASE?

A08 Sale or Lease of Real Estate - Fast Track            [X] Yes  [ ] No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
 1. Total hospital expenses                                                         $
 2. Total doctor expenses                                                            $
 3. Total chiropractic expenses                                                      $
 4. Total physical therapy expenses                                                  $
 5. Total other expenses (describe)                                                  $
                                                                          Subtotal   $
B. Documented lost wages and compensation to date                                   $
C. Documented property damages to date                                              $
D. Reasonably anticipated future medical expenses                                   $
E. Reasonably anticipated lost wages and compensation to date                       $
F. Other documented items of damages (describe)                                     $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

FILED IN THE OFFICE OF THE CLERK OF COURTS FOR THE COUNTY OF MIDDLESEX AUG 15 2013 CLERK

                                                                    Total $

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):                                  $3,000,000.00

Violations of G. L. c. 186, s. 14, breach of the covenant of quiet enjoyment, breach of the warranty of habitability, unjust enrichment, and 93A claims arising out of lessor's failure to furnish heat and hot water for a period of time spanning in excess of one year.

                                                                    TOTAL $................

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____   Date: 8/15/13
A.O.S.C. 3-2007