# EXHIBIT F

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RACHELLE BAKER and JASON DITTMAN, individually and on behalf of all others similarly situated,<br><br>   Plaintiff.<br><br>v.<br><br>EQUITY RESIDENTIAL MANAGEMENT, L.L.C. and EQR-WALDEN PARK, L.L.C.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF JAMES D. FIFFER

1. My name is James D. Fiffer, and I am a Senior Vice President of Equity Residential in Chicago, Illinois.

2. I have personal knowledge of the facts recited herein and affirm their truth and accuracy under penalty of perjury.

3. Named defendant Equity Residential Management, L.L.C. is a Delaware limited liability company with its principal place of business in Chicago, Illinois.

4. Named defendant EQR-Walden Park, L.L.C. is a Delaware limited liability company with its principal place of business in Chicago, Illinois.

5. The aforesaid information is true and correct to the best of my knowledge and belief.

              _/s/ James D. Fiffer_
              JAMES D. FIFFER
              June 4, 2018