UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RACHELLE BAKER and JASON DITTMANN,
individually and on behalf of all others similarly situated,

Plaintiffs,

v.

EQUITY RESIDENTIAL MANAGEMENT, L.L.C. and
EQR-WALDEN PARK, LLC,

Defendants.

C.A. No.  18-11175-PBS

## AMENDED ASSENTED TO MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT

Plaintiffs Rachelle Baker and Jason Dittmann ("Plaintiffs") hereby move for an order: (1) granting preliminary approval of a Proposed Settlement (the "Settlement") with Defendants Equity Residential Management, L.L.C. and EQR-Walden Park, LLC ("Equity" or "Defendants"); (2) preliminarily certifying the Settlement Class; (3) approving the proposed form and manner of giving notice to the Class of the Settlement; (4) directing that notice be given to the Class Members as approved by the Court; (5) naming Plaintiffs and theirs counsel as Class Representatives and Class Counsel; and (6)  naming JND Legal Administration as Claims Administrator. A proposed order is submitted with this Motion.[1]  The terms of the Settlement are set forth in an Settlement Agreement dated August 14, 2019 and executed by the Parties.[2]

---

[1] [Proposed] Order for Preliminary Approval of Proposed Settlement ("Preliminary Approval Order"), annexed hereto as **Exhibit 1.**

[2] The Amended Settlement Agreement is submitted herewith as Exhibit 1 to the Supplemental Declaration of David Pastor in Support of Preliminary Approval of Proposed Settlement ("Supplemental Pastor Declaration").

1

This amended motion is submitted pursuant to the Court's August 7, 2019 Order directing Plaintiffs to submit an amended motion for preliminary approval [Dkt. No. 99], which addresses the matters discussed at the August 7, 2019 preliminary approval hearing. The Amended Settlement Agreement and the exhibits thereto are intended to address the issues discussed at the August 7 hearing.

Defendants assent to the relief sought herein.

This Motion is supported by the Supplemental Pastor Declaration (and exhibits thereto).

### LOCAL RULE 7.1 (a)(2) CERTIFICATION

Undersigned counsel certify that they have conferred with counsel for Defendants in a good faith effort to resolve or narrow the issues raised by this Motion, with the following result: Defendants' counsel indicated that Defendants assent to relief sought by this Motion.

Dated: August 15, 2019                           Respectfully submitted,

/s/ David Pastor
David Pastor (BBO #391000)
**PASTOR LAW OFFICE, LLP**
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel.: (617) 742-9700
Fax: 617) 742-9701
dpastor@pastorlawoffice.com

/s/ Joshua N. Garick
Joshua N. Garick (BBO # 674603)
**LAW OFFICES OF JOSHUA N. GARICK P.C.**
100 Trade Center, Suite G-700
Woburn, MA 01801
Tel.: (617) 600-7520
Fax: (617) 600-7430
joshua@garicklaw.com

*Plaintiffs' Counsel*

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document has been filed through the ECF system, that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those indicated as non-registered participants on August 15, 2019.

                                         /s/ Joshua N. Garick
                                         Joshua N. Garick