UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RACHELLE BAKER and JASON DITTMANN, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

EQUITY RESIDENTIAL MANAGEMENT, L.L.C. and EQR-WALDEN PARK, LLC,

    Defendants.

Case: 1:18-cv-11175-PBS

## ASSENTED TO MOTION FOR IMPOUNDMENT OF ATTORNEYS' PRIVILEGED DAILY TIME RECORDS AND REQUEST FOR *IN CAMERA* REVIEW

NOW COME the plaintiffs Rachelle Baker and Jason Dittmann, individually and on behalf of all others similarly situated, and Class Counsel, with the assent of Defendants, who respectfully request that the Court grant leave to impound daily time records that class counsel intend to submit in support of their application for attorneys' fees and costs, and request that the Court conduct an *in camera* review of these records.

After more than six years of hotly contested litigation, the parties reached a class action settlement that obtained this Court's preliminary approval on August 16, 2019. *See* Dkt. 104. A final fairness hearing is scheduled for November 4, 2019. *Id.* In preparation for the final fairness hearing, class counsel will submit a fee application seeking compensation for attorneys' fees and costs. This application is due to be filed on October 7, 2019. *Id.*

In support of their fee application, Class Counsel would like to submit their daily timekeeping records that itemize for the Court, in great detail, the daily tasks performed by counsel. These records date back to early 2013 and provide a play-by-play summary of the work

1

*10/10/19*
*Allowed*
*Patti B Saris*