UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RACHELLE BAKER and JASON DITTMANN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EQUITY RESIDENTIAL MANAGEMENT L.L.C. and EQR-WALDEN PARK,<br><br>Defendantss. | C.A. No.  18-11175-PBS |

## ASSENTED TO MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Rachelle Baker and Jason Dittmann, by and through their undersigned counsel of record, hereby move for an order granting final approval to the proposed Settlement, granting final certification of the Class, and dismissing the Action pending before this Court. Defendants assent to the relief sought by this Motion.

A proposed Final Order Approving Class Action Settlement is submitted herewith.

The grounds for this Motion are set forth in the accompanying memorandum of law.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Undersigned counsel certify that they have conferred with counsel for Defendants in a good faith effort to resolve or narrow the issues raised by this Motion, with the following result: Defendants' counsel indicated that Defendants assent to the relief sought by this Motion.

Dated:  October 25, 2019	Respectfully submitted,


/s/ David Pastor
David Pastor (BBO # 391000)
PASTOR LAW OFFICE, LLP
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Telephone: (617) 742-9700
Facsimile: (617) 742-9701
dpastor@pastorlawoffice.com


Joshua N. Garick (BBO#674603)
LAW OFFICE OF JOSHUA N. GARICK, P.C.
34 Salem Street, Suite 202
Reading, MA 01867
Telephone:  617-600-7520
Facsimile:   617-600-7430
joshua@garicklaw.com

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on October 25, 2019.

/s/ David Pastor
David Pastor